IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANTHONY CARL WILLIAMS,

    Petitioner,

v.                                                                  Case No. 1:23-cv-137-AW-HTC

SECRETARY, DEP'T OF
CORRECTIONS,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having considered the magistrate judge's May 17, 2024 report and recommendation (ECF No. 24), and having considered de novo the issues raised in Petitioner's objections (ECF No. 26), I have determined the report and recommendation should be adopted. It is now ORDERED:

1. Petitioner's motion to accept late-filed objections (ECF No. 27) is GRANTED. The court has treated the objections as though they were timely filed.

2. The report and recommendation (ECF No. 24) is adopted and incorporated into this order.

3. The clerk will enter a judgment that says, "The § 2254 petition is denied."

4. A certificate of appealability is DENIED.

5. The clerk will close the file.

SO ORDERED on July 5, 2024.

                                                s/ *Allen Winsor*
                                                United States District Judge